FILED
CLERK, U.S. DISTRICT COURT
June 21, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Jonathan Payton**       )   NO. **CV 17-00694 SJO (MRWx)**
                          )
    Plaintiff(s),     )
                          )
                          )
    v.                )
                          )
**Tax Help Group, LLC**   )
                          )   **ORDER OF DISMISSAL**
                          )   **BY LACK OF PROSECUTION**
    Defendant(s).     )
_____)

    WHEREAS Plaintiff was ordered to move for entry of default by June 20, 2018, and Plaintiff having failed to comply;

    Accordingly, the Court dismisses this action.

June 21, 2018.

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE